

# United States District Court

## District of South Carolina
### Hollings Judicial Center
### Post Office Box 835
### Charleston, South Carolina 29402

DAVID C. NORTON
CHIEF JUDGE

TELEPHONE (843) 579-1450

September 23, 2010

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Chairperson Baldock:

    I received your letter concerning my Calendar Year 2009 Filing. Here are responses to your inquiries.

"Article 5 Trust" and "Article 6 Trust" are listed throughout Part VII of the report. Below is the listing for each Trust Account:

Article 5 Trust

    Line 14 - AT&T Inc
         22 - Capital World Growth and Income Fd CLA
         25 - Chevron Corp
         33 - Citigroup Inc
         37 - CSX Corp
         45 - E I Dupont Co
         48 - Eli Lilly & Co
         51 - Energy Transfer Partners LP
         54 - Exxon Mobil Corp
         61 - First Financial Holdings Inc
         65 - General Electric Co.
         67 - Growth Fund of America CLA
         77 - IBM
        102 - Motorola
        103 - Motors Liquidation Co.
        107 - Norfolk Southern
        145 - Wells Fargo & Co New

Article 6 Trust

Line 4 – Alcoa Inc
   6 – Altria Group
   7 – American Express Co
   8 – American Intl Group Inc
   10 – Ameriprise Financial Inc
   11 – Angen Inc
   12 – AOL Inc
   13 – AT&T Inc
   16 – Bank of America
   17 – Bank of New York Mellon Corp
   18 – Berkshire Hathaway Inc CL B
   21 – Capital World Growth & Income Fd CLA
   24 – Chevron Corp
   27 – Cisco Sys Inc
   28 – Citadel Broadcasting Corp
   34 – Coca-Cola Co
   35 – Comcast Corp
   38 – Dell Inc
   39 – Walt Disney Co
   43 – Dow Chemical
   46 – Eaton Vance Tax Free Fd  CLA
   47 – Eaton Vance Tax Free Fd  CLB
   52 – Expedia Inc
   53 – Exon Mobil Corp
   55 – Fairpoint communications Inc
   57 – Federal Home Ln Mtg Corp
   58 – Federal National Mortgage Assn
   64 – General Electric Co
   66 – Goldman Sacks Group Inc
   70 – Hartford Financial Services Corp
   72 – Hewlett Packard Co
   73 – Home Depot Inc
   75 – HSN Inc
   76 – IAC/Interactive Corp
   78 – Idearc Inc
   81 – Intel
   82 – Interval Leisure Group Inc
   83 – Johnson & Johnson
   84 – Kimberly Clark
   85 – Kraft Foods Inc  CLA
   91 – MFS South Carolina Muni Bond  CLA
   92 – MFS South Carolina Muni Bond  CLB
   95 – Merck and Co  Inc  New
   100 – Microsoft Corp

101 – J P Morgan Chase & Co
106 – Nokia Corp
110 – Pepsico Inc
112 – Pfizer Inc
113 – Phillip Morris Intl Inc
114 – Proctor & Gamble
116 – Progress Energy
118 – Safeway Inc New
130 – Texas Instruments Inc
132 – Travelers Companies Inc
133 - Tree Com Inc
136 – Verizon
140 – Washington Mutual Inc
142 – Washington Mutual Investors Fund  CLA
144 – Wells Fargo & Co  New

In Part VII, page 9, line 95 "Merck & Co Inc New" formed from a merger with Schering Plough Corp on 11/5/2009.

In Part VII, page 11, lines 123 & 124 "South Carolina State Deferred Comp Plan" and "South Carolina State Retirement Plan" are managed by the State of South Carolina. The Plan owner does not have control over the investments.

Trust # 1

| | |
|---|---|
| Royal Dutch Shell | Income A, dividend<br>Value L,  cash market |
| Lain Farm | Income E, Rent<br>Value D, Cost |
| Allegheny Energy | Income A, dividends<br>Value K, cash market |
| Fairpoint Communications | Income,  none<br>Value J, cash market |
| Idearc Inc | Income,  none<br>Value J, cash market |
| Eli Lilly & Co | Income A,  dividend<br>Value K, cash market |
| Pepco Holdings Inc | Income A, Dividend<br>Value J, cash market |

Lain Farm is located in Johnson County, Indiana.

In Part VII, page 11 lines 130 and 132 "Ticketmaster Inc." and "Total Systems Services Inc" were erroneously omitted. They should have been listed as:

Ticketmaster Entertainment Com      Income, None
                                    Value J, cash market

Total Systems Services Inc          Income A, Dividend
                 Value J, cash market

led, please do not hesitate to let me know.



# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Norton, David C. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>08/08/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>P.O. Box 835<br>Charleston, SC 29402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust (Trust #1) |
| 2. Trustee | Article 5 Trust |
| 3. Trustee | Article 6 Trust |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Charleston School of Law | $24,780 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Fulton County Medical Examiner, Atlanta, GA. - Salary |
| 2. 2009 | WebMD - Editorial Stipend |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/08/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/08/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AES Corp | | None | J | T | | | | | |
| 2. AFLAC Inc | | None | L | T | | | | | |
| 3. Alcatel-Lucent ADR | | None | J | T | | | | | |
| 4. Alcoa Inc | A | Dividend | J | T | | | | | |
| 5. Allianz Life Franklin Valuemark | A | Dividend | K | T | | | | | |
| 6. Altria Group | A | Dividend | J | T | | | | | |
| 7. American Express Co | A | Dividend | J | T | | | | | |
| 8. American Intl Group Inc | | None | J | T | Sold (part) | 06/30/09 | J | A | |
| 9. American Intl Group Inc | | None | J | T | | | | | |
| 10. Ameriprise Financial Inc | A | Dividend | J | T | | | | | |
| 11. Amgen Inc | | None | J | T | | | | | |
| 12. AOL Inc | | None | J | T | Spinoff (from line 131) | 12/10/09 | J | | |
| 13. AT&T Inc | A | Dividend | J | T | | | | | |
| 14. AT&T Inc | A | Dividend | J | T | | | | | |
| 15. AT&T Inc | A | Dividend | K | T | | | | | |
| 16. Bank of America | A | Dividend | K | T | | | | | |
| 17. Bank of New York Mellon Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/08/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, re emption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Berkshire Hathaway Inc Cl B | | None | J | T | | | | | |
| 19. BP PLC Spons ADR | C | Dividend | L | T | | | | | |
| 20. Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 21. Capital World Growth and Income Fd CL A | A | Dividend | K | T | | | | | |
| 22. Capital World Growth and Income Fd CL A | A | Dividend | K | T | | | | | |
| 23. Capital World Growth and Income Fd CL A | A | Dividend | K | T | | | | | |
| 24. Chevron Corp | B | Dividend | K | T | | | | | |
| 25. Chevron Corp | A | Dividend | K | T | | | | | |
| 26. Chevron Corp | A | Dividend | K | T | | | | | |
| 27. Cisco Sys Inc | | None | J | T | | | | | |
| 28. Citadel Broadcasting Corp | | None | J | T | | | | | |
| 29. Citadel Broadcasting Corp | | None | J | T | | | | | |
| 30. Citibank Deposit Program | A | Interest | J | T | | | | | |
| 31. Citibank Deposit Program | A | Interest | K | T | | | | | |
| 32. Citibank Deposit Program | A | Interest | K | T | | | | | |
| 33. Citigroup Inc | A | Dividend | J | T | | | | | |
| 34. Coca-Cola Co | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/08/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Comcast Corp | A | Dividend | J | T | | | | | |
| 36. Comcast Corp | | None | J | T | | | | | |
| 37. CSX Corp | A | Dividend | K | T | | | | | |
| 38. Dell Inc | | None | J | T | | | | | |
| 39. Walt Disney Co | A | Dividend | J | T | | | | | |
| 40. Walt Disney Co | A | Dividend | J | T | | | | | |
| 41. Walt Disney Co | A | Dividend | J | T | | | | | |
| 42. Dover | A | Dividend | J | T | | | | | |
| 43. Dow Chemical | A | Dividend | J | T | | | | | |
| 44. Dow Chemical | A | Dividend | J | T | | | | | |
| 45. E I Dopont Co | | None | J | T | | | | | |
| 46. Eaton Vance Tax Free Fund CL A | A | Dividend | M | T | | | | | |
| 47. Eaton Vance Tax Free Fund CL B | A | Dividend | K | T | | | | | |
| 48. Eli Lilly & Co | B | Dividend | K | T | | | | | |
| 49. Eli Lilly & Co | A | Dividend | J | T | | | | | |
| 50. Emerson Electric | A | Dividend | K | T | | | | | |
| 51. Energy Transfer Partners LP | | None | K | T | Buy | 01/28/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/08/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Expedia Inc | | None | J | T | | | | | |
| 53. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 54. Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 55. Fairpoint Communications Inc | | None | J | T | | | | | |
| 56. Fairpoint Communications Inc | | None | J | T | | | | | |
| 57. Federal Home Ln Mtg Corp | | None | J | T | | | | | |
| 58. Federal National Mortgage Assn | | None | J | T | | | | | |
| 59. First Federal of Charleston | C | Interest | O | T | | | | | |
| 60. First Financial Holdings Inc | C | Dividend | M | T | | | | | |
| 61. First Financial Holdings Inc | A | Dividend | K | T | | | | | |
| 62. Genetech Inc | | None | | | Merged (with line 131) | 04/24/09 | J | | |
| 63. General Electric Co | B | Dividend | K | T | | | | | |
| 64. General Electric Co | A | Dividend | J | T | | | | | |
| 65. General Electric Co | B | Dividend | K | T | | | | | |
| 66. Goldman Sachs Group Inc | A | Dividend | J | T | | | | | |
| 67. Growth Fund of America CL A | A | Dividend | K | T | | | | | |
| 68. Growth Fund of America CL A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/08/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Guided Therapuetics Inc | | None | J | T | | | | | |
| 70. Hartford Financial Services Grp | A | Dividend | J | T | | | | | |
| 71. Hartford Capital Appreciation Fund (IRA) | A | Dividend | M | T | | | | | |
| 72. Hewlett Packard Co | A | Dividend | J | T | | | | | |
| 73. Home Depot Inc | A | Dividend | J | T | | | | | |
| 74. Honeywell Intl Inc | A | Dividend | J | T | | | | | |
| 75. HSN Inc | | None | J | T | | | | | |
| 76. IAC/Interactive Corp | | None | J | T | | | | | |
| 77. IBM | B | Dividend | L | T | | | | | |
| 78. Idearc Inc | | None | J | T | | | | | |
| 79. Idearc Inc | | None | J | T | | | | | |
| 80. Intel (IRA) | A | Dividend | K | T | | | | | |
| 81. Intel | A | Dividend | J | T | | | | | |
| 82. Interval Leisure Group Inc | | None | J | T | | | | | |
| 83. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 84. Kimberly Clark | A | Dividend | J | T | | | | | |
| 85. Kraft Foods Inc CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/08/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Legg Mason Partners Aggressive Growth FD CL C | | None | J | T | | | | | |
| 87. Legg Mason Value Trust Inc | A | Dividend | K | T | | | | | |
| 88. Lincoln National Corp | A | Dividend | J | T | | | | | |
| 89. Linciln National Life Annuity (IRA) | A | Dividend | M | T | | | | | |
| 90. LSI Logic Corp | | None | J | T | | | | | |
| 91. MFS South Carolina Muni Bond CL A | A | Interest | K | T | Buy (add'l) | 05/27/09 | K | | |
| 92. MFS South Carolina Muni Bond CL B | A | Interest | K | T | | | | | |
| 93. Mass Mutual Life Ins | | None | J | T | | | | | |
| 94. McDonalds Corp | A | Dividend | K | T | | | | | |
| 95. Merck & Co Inc New | | None | J | T | | | | | |
| 96. Merrill Lynch & Co Inc | | None | | | Merged (with line 16) | 01/02/09 | J | | |
| 97. Metlife Ins Co of Connecticut Vintage | A | Dividend | L | T | | | | | |
| 98. Metlife Life & Ann Co of Conn TLAC Port Arch | A | Dividend | M | T | | | | | |
| 99. Metlife Life & Ann Co of Conn TLAC Marquis Portfolio | A | Dividend | N | T | | | | | |
| 100. Microsoft Corp | A | Dividend | J | T | | | | | |
| 101. JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 102. Motorola | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/08/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including t ust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Motors liquidation Co. | | None | K | T | | | | | |
| 104. 3M Company A | A | Dividend | K | T | | | | | |
| 105. NCR Corp New | | None | J | T | | | | | |
| 106. Nokia Corp | A | Dividend | J | T | | | | | |
| 107. Norfolok Southern | B | Dividend | L | T | | | | | |
| 108. North Carolina Rental Property 100% Transylvania County, NC | B | Rent | P1 | W | | | | | |
| 109. Paragon Life Fixed Fund | | None | J | T | | | | | |
| 110. Pepsico Inc | A | Dividend | J | T | | | | | |
| 111. Pfizer Inc | A | Dividend | J | T | Sold (part) | 10/16/09 | J | A | |
| 112. Pfizer Inc | A | Dividend | J | T | | | | | |
| 113. Phillip Morris Intl Inc | A | Dividend | J | T | | | | | |
| 114. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 115. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 116. Progress Energy | A | Dividend | K | T | | | | | |
| 117. Putnam Tax Smart FDS Equity FD Cl B | A | Dividend | M | T | | | | | |
| 118. Safeway Inc New | A | Dividend | J | T | | | | | |
| 119. SCANA Corp | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/08/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/d /yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. SCBT | A | Dividend | K | T | | | | | |
| 121. Scherling Plough Corp | | None | | | Merged (with line 95) | 11/03/09 | J | | |
| 122. Smucker Co New | A | Dividend | J | T | | | | | |
| 123. South Carolina State Deferred Comp Plan | A | Dividend | L | T | | | | | |
| 124. South Carolina State Retirement Plan | B | Dividend | M | T | | | | | |
| 125. South Carolina St Ser MB UT | A | Interest | | | Matured | 06/01/09 | | | |
| 126. South Financial Group (IRA) | C | Dividend | J | T | | | | | |
| 127. Suntrust Banks Inc | A | Dividend | L | T | | | | | |
| 128. Synovus Financial Corp | A | Dividend | J | T | | | | | |
| 129. Teradata Corp | | None | J | T | | | | | |
| 130. Texas Instruments Inc | A | Dividend | J | T | | | | | |
| 131. Time Warner Inc | A | Dividend | J | T | | | | | |
| 132. Travelers Companies Inc | A | Dividend | J | T | | | | | |
| 133. Tree Com Inc | | None | J | T | | | | | |
| 134. UTS First TR SPL Situations TR 1559 Dow Target 10 | | None | | | Sold | 01/30/09 | K | A | |
| 135. UTS FPT Dow Target 10 Feb 09 (IRA) | A | Dividend | K | T | Buy | 02/02/09 | K | | |
| 136. Verizon | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/08/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Verizon | A | Dividend | J | T | | | | | |
| 138. Wachovia | | None | | | Merged (with line 144) | 01/02/09 | J | | |
| 139. Wachovia (IRA) | | None | | | Merged (with line 145) | 01/02/09 | J | | |
| 140. Washington Mutual Inc | | None | J | T | | | | | |
| 141. Washington Mutual Investors Fund Cl A | B | Dividend | K | T | | | | | |
| 142. Washington Mutual Investors Fund Cl A | B | Dividend | L | T | | | | | |
| 143. Washington Mutual Investors | A | Dividend | J | T | | | | | |
| 144. Wells Fargo & Co New | A | Dividend | J | T | | | | | |
| 145. Wells Fargo & Co New | A | Dividend | J | T | | | | | |
| 146. Wyeth | | None | | | Sold | 10/16/09 | J | D | |
| 147. Wyeth | | None | | | Merged (with line 112) | 10/16/09 | | | |
| 148. Zimmer Holdings Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/08/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Explanations for Part VII. Investments and Trusts

1. General Motors listed on 2008 Statement. In 2009, name changed to Motors Liquidation, Inc.

2. Trust #1, Lain Farm shown on 2008 Statement is now shown on the attachment sheet listed as Trust #1.

3. The rental property listed in Part VII, line 108 is located in Translyvania County, North Carolina, USA.

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/08/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

## Trust #1

████████ of Royal Dutch Shell

██████ of Lain Farm


████████ of Allegheny Energy

██████ of Fairpoint Communication

██████ of Idearc Inc

████████ of Eli Lilly & Co

████████ of Pepco Holdings Inc

████████ of Royal Dutch Shell